**DISMISS and Opinion Filed April 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00603-CV**
_____

**JASVINDER JASSY TOOR, Appellant**
**V.**
**ALAUNA KAYE HOLLINGSWORTH, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06969**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

On January 4, 2023, we informed appellant her brief was deficient in that, among other defects, it did not include citations to the appellate record or legal authorities in support of the arguments appellant made. *See* TEX. R. APP. P. 38.1(g),(i). We directed appellant to file a corrected brief within ten days and cautioned her that failure to comply could result in dismissal of the appeal without further notice. *See id.* 38.8(a)(1), 42.3(b),(c). Appellant did not comply, and, on January 30, 2023, appellee filed a motion to dismiss.

Appellant did not respond to the motion to dismiss, but nearly a month later, filed a motion seeking a forty-five day extension to file the corrected brief. Forty-five days have now passed and, rather than filing the brief, appellant has filed another extension motion seeking again a forty-five day extension. Appellant explains in both motions that the extensions are necessary because she is trying to obtain legal representation and is having health issues.

We are empathetic with appellant's situation but must balance that against the need for prompt and efficient administration of justice. As reflected in Court records, the appeal was filed June 16, 2022, and the brief was first due November 10, 2022. We extended that deadline by forty-five days on appellant's motion that asserted the same reasons as those asserted in the pending extension motions. Given this and that appellant has had more than ninety days to file the corrected brief, we deny appellant's extension motions, grant appellee's motion, and dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

220603F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

JASVINDER JASSY TOOR,
Appellant

No. 05-22-00603-CV     V.

ALAUNA KAYE
HOLLINGSWORTH, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-06969.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered April 11, 2023.